WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
Charles W. Reese - 045805
Timothy A. Colvig - 114723
Michael J. Higgins - 151549
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, CA 94612-3524
Telephone: (510) 835-9100
Facsimile: (510) 451-2170

OFFICE OF THE CITY ATTORNEY, CITY OF STOCKTON
Richard E. Nosky – 130726
Michael T. Rishwain – 109402
City Hall- 425 N. El Dorado Street
Stockton, CA 95202

Attorneys for Defendant
The City of Stockton

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULEBURG AUTO BODY GARAGE AND TOW, a sole proprietorship; CHARTER WAY TOW, INC., a California Corporation; DEBCO AUTO WRECKING, INC. dba DEBCO TOWING, a California Corporation; MID-VALLEY TOWING, a partnership; JERRY BRISCOE, and individual; and ANN JOHNSTON, and individual,<br><br>  Petitioners and Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON,<br><br>  Defendant and Respondent. | No. 2:05-CV-01504-FCD-JFM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR ISSUANCE OF A PEREMPTORY WRIT OF MANDATE AND A PRELIMINARY INJUNCTION OFF CALENDAR** |
| WEST LANE TOW, a sole proprietorship; ALL FOREIGN AND DOMESTIC TOW, as sole proprietorship; COVEY AUTO EXPRESS, INC. dba PACIFIC TOWING, a California Corporation; and PHOENIX, INC., a California Corporation,<br><br>  Real Parties in Interest | |

-1-

WHEREAS, on July 28, 2005 the City of Stockton withdrew its June 2005 Notice of Cancellation of its current tow service agreements; and

WHEREAS the parties desire sufficient opportunity to engage in discussion potentially to settle the disputes giving rise to this litigation; and

WHEREAS, the City of Stockton and Real Parties in Interest in this matter (West Lane Tow, All Foreign and Domestic Tow, Covey Auto Express, Inc., and Phoenix, Inc.), have entered into an Agreement (a copy of which is attached) which further defers the implementation of the franchise agreements for towing until the earlier of January 31, 2006 or sooner resolution of the disputes that give rise to this litigation.

THEREFORE, Plaintiffs and the City of Stockton hereby stipulate to continue the hearing date on plaintiffs' Motion for Issuance of a Peremptory Writ of Mandate and a Preliminary Injunction, currently set for hearing on September 23, 2005, to January __, 2006.

IT IS SO STIPULATED.

DATED: September ___, 2005     WULFSBERG REESE COLVIG & FIRSTMAN
                               PROFESSIONAL CORPORATION


                               By _____
                                    CHARLES W. REESE
                                    Attorneys for Defendant
                                    The City of Stockton


DATED: September ___, 2005     LAW OFFICES OF KENNETH N. MELEYCO


                               By _____
                                    KENNETH N. MELEYCO
                                    Attorneys for Petitioners and Plaintiffs,
                                    Tuleberg Auto Body Garage and Tow

-2-
STIPULATION TO TAKE HEARING ON MOTION FOR PRELIMINARY INJUNCTION OFF CALENDAR
1881-011\2103053.1

Good Cause appearing from the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's Motion for issuance of a preemptory writ of mandate and preliminary injunction is set for January 13, 2006 at 10:00 a.m. in courtroom #2. The previous date of September 23, 2005 is VACATED.

DATED: September 12, 2005   /s/ Frank C. Damrell Jr.
Frank C. Damrell, Jr.
United States District Judge

# AGREEMENT

## RECITALS

WHEREAS, the City of Stockton has been sued in Case No. 2:05-CV-1504-FCD-JFM filed in the United States District Court, Eastern District of California, entitled <u>Tuleburg Auto Body Garage and Tow, et al. v. City of Stockton</u>; and

WHEREAS, Petitioners in the lawsuit have sought, in addition to other relief, a preliminary injunction, alleging in part that the City of Stockton has violated its City Charter and Municipal Code in the award of a public contract and franchise for towing services within the city of Stockton to West Lane Towing, All Foreign and Domestic Towing, Pacific Towing, and Phoenix, Inc.; and

WHEREAS, Petitioners have alleged that the City of Stockton has granted exclusive franchises for such towing services with the above mentioned parties in violation of its own Charter and municipal ordinance and seek to restrain the City from Implementing the awarded franchise agreements for such services to the real parties in interest by the effective date of January 31, 2006:

NOW, THEREFORE, the parties agree as follows:

1. In an effort to resolve the issues which have arisen as a result of the above referenced court action, the parties agree to extend the date of implementation of the franchise agreements for towing services to January 31, 2006.

2. The parties further agree to meet and confer with all parties in an effort to resolve any inconsistencies, disputes or alleged improprieties that may exist regarding the issuance of such franchises.

3. Regardless of the allegations stated by Petitioners in their complaint, the undersigned parties intended all along that the franchises be non-exclusive and were made aware

LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100

that new franchises could be established during the period set for in the franchise agreements.

Dated: September ___, 2005          By_____

CHARLES L. HASTINGS

Attorney for Real Parties in

Interest WEST LANE TOW,

ALL FOREIGN AND DOMESTIC

TOW and COVEY AUTO

EXPRESS INC. dba PACIFIC TOWING

Dated: September ___, 2005          By_____

MICHAEL RISHWAIN,

Assistant City Attorney

Dated: September ___, 2005          By_____

LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100