WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
Charles W. Reese - 045805
Mark A. Stump - 104942
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, CA 94612-3524
Telephone:  (510) 835-9100
Facsimile:  (510) 451-2170

OFFICE OF THE CITY ATTORNEY
Richard E. Nosky - 130726
Michael T. Rishwain - 109402
City Hall - 425 N. El Dorado Street
Stockton, CA 95202
Telephone:  (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendant
City of Stockton

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TULEBURG AUTO BODY GARAGE AND TOW, a sole proprietorship; CHARTER WAY TOW, INC., a California corporation; DEBCO AUTO WRECKING, INC., dba DEBCO TOWING, a California corporation; MID-VALLEY TOWING, a partnership; JERRY BRISCOE, an individual; and ANN JOHNSTON, an individual, | Case No. 2:05-CV-01504-FCD-JFM **STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER RE DISCOVERY DATES** |
| Petitioners and Plaintiffs, | **"AS MODIFIED"** |
| v. | |
| CITY OF STOCKTON, | |
| Defendant and Respondent. | |
| WEST LANE TOW, a sole proprietorship; ALL FOREIGN AND DOMESTIC TOW, a sole proprietorship; COVEY AUTO EXPRESS, INC. dba PACIFIC TOWING, a California corporation; and PHOENIX, INC., a California corporation, | |
| Real Parties In Interest | |

-1-

LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100

LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100

1   WHEREAS, this case involves a dispute over the process through which the City of

2   Stockton ("City") procures police towing service contracts from private towing contractors, and

3   the legality of certain substantive terms of such contracts, and

4   WHEREAS, the City has in the past contracted with four of the Plaintiffs herein (Tuleburg

5   Auto Body Garage & Tow, Charter Way Tow, Inc., Debco Auto Wrecking, Inc. and Mid-Valley

6   Towing), among others, for police towing services, and

7   WHEREAS, it has been the practice of the City to dispatch police tow services calls to

8   anywhere in the City on a "rotating" basis, each towing contractor receiving a service call in the

9   order they appear on a list before any receives a second call (a practice referred to as "rotational

10   towing"), and

11   WHEREAS, the City determined to replace rotational towing with a system of towing

12   zones in which a single towing contractor would receive a tow franchise, granting it the right to

13   receive substantially all the police tow service calls originating in a given zone ("zone towing"),

14   and

15   WHEREAS, the City initiated and conducted a Request for Proposal ("RFP") process

16   through which it selected three towing contractors to receive franchises, one per tow zone, and

17   WHEREAS, the City later revised its plan for tow zones for allow for four zones and four

18   franchises, and

19   WHEREAS, on June 21, 2005 the Stockton City Council awarded police tow franchises to

20   four towing contractors, such franchises to begin on August 1, 2005 and

21   WHEREAS, none of the towing contractors who are Plaintiffs herein was selected to

22   receive a tow franchise, and

23   WHEREAS, the City gave a notice of cancellation to all towing contractors participating in

24   rotational towing, informing them that that their towing contracts with the City would be cancelled

25   as of July 31, 2005, and

26   WHEREAS, Plaintiffs challenged on numerous grounds the manner in which City

27   conducted the Request for Proposal and franchise award process, and

28   WHEREAS, Plaintiffs filed the present suit on July 27, 2005, and on the next day filed a

STIPULATION AND ORDER TO MODIFY STATUS
(PRETRIAL SCHEDULING) ORDER RE DISCOVERY DATES
1881-011\2132484.1

motion requesting a temporary restraining order to preserve rotational towing during the pendency of the lawsuit, and

WHEREAS, to preserve the status quo and permit settlement discussions to take place, the City (1) temporarily extended the date on which all rotational towing contracts would be cancelled, and (2) entered into an agreement with three of the four tow franchisees to defer the implementation of the City's franchise agreements with them, and

WHEREAS, on April 11, 2006, the Stockton City Council adopted a resolution directing Stockton's City Manager to take those actions necessary including as may be appropriate termination and cancellation of the Franchise Agreements; to withdraw the Notices of Cancellation of existing contracts with the current rotational towing companies in the City of Stockton issued in June 2005, to continue rotational towing under existing contracts until further action of the City Council; and to hold in abeyance the RFP process until further direction by the City Council, and

WHEREAS, the City may or may not elect to initiate a new Request for Proposal process under its police tow franchise ordinance to award tow franchises on a zone towing basis, which from Plaintiffs' perspective may give rise to some of the same legal challenges raised currently in the action; and

WHEREAS, certain pretrial deadlines set under the Court's Status (Pretrial Scheduling) Order of November 3, 2005 have very recently expired, or will expire, while the City develops any new process for procuring police towing services, and

WHEREAS, the parties to this action have not previously requested any extensions of time for dates set under the Pretrial Order, and

WHEREAS, the proposed new pretrial deadlines will not require a resetting of the trial date set herein for June 5, 2007.

THEREFORE, the parties stipulate, through their respective counsel, that the Court may enter the following order.

///

///

///

LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100

STIPULATION AND ORDER TO MODIFY STATUS
(PRETRIAL SCHEDULING) ORDER RE DISCOVERY DATES
1881-011\2132484.1

DATED:  May _____, 2006          LAW OFFICES OF KENNETH N. MELEYCO

By:_____
    KENNETH N. MELEYCO
    Attorney for Plaintiffs
    TULEBURG AUTO BODY GARAGE &
    TOW, et al.

DATED:  May _____, 2006          WULFSBERG REESE COLVIG & FIRSTMAN

By:_____
    CHARLES W. REESE
    Attorney for Defendant
    CITY OF STOCKTON

DATED:  May _____, 2006          LAW OFFICES OF CHARLES L. HASTINGS

By:_____
    CHARLES L. HASTINGS
    Attorney for Real Parties in Interest
    WEST LANE TOW, ALL FOREIGN AND
    DOMESTIC TOW, COVEY AUTO
    EXPRESS, INC. dba PACIFIC TOWING

///
///
///
///
///
///
///
///
///
///
///
///
///
///

LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100

-4-

## ORDER

**GOOD CAUSE APPEARING** upon the stipulation of the parties, **IT IS HEREBY ORDERED** that the Status Pretrial Scheduling Order is modified as follows:

1.   The percipient discovery cut-off shall be November 26, 2006.

2.   Expert disclosure shall be on December 30, 2006.

3.   Supplemental expert disclosure shall be on January 31, 2007.

4.   Dispositive motions shall be heard no later than March 2, 2007.

In light of the extensions granted above conflicts now exist with the court's calendar and the remaining dates set in this action. Accordingly, the following dates are also hereby RESET:

5.   The pretrial conference shall be conducted on May 4, 2007 at 1:30 p.m. The Joint Pretrial Statement shall be filed on or before April 27, 2007.  The parties are to refer to the court's pretrial Scheduling order as to the form and content of the statement.

6.   The jury trial shall be set for July 10, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

**DATED: May 31, 2006**


**/s/ Frank C. Damrell Jr.**
**FRANK C. DAMRELL, JR.**
**UNITED STATES DISTRICT JUDGE**

LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100