KENNETH N. MELEYCO, ESQ., CSB #57785
LAW OFFICES OF KENNETH N. MELEYCO
2155 WEST MARCH LANE, SUITE 1C
STOCKTON, CALIFORNIA  95207-6420
TELEPHONE:  (209) 476-0851
FACSIMILE:   (209) 476-9429

DONALD W. WEST, ESQ., CSB #85337
LAW OFFICE OF DONALD W. WEST
20 NORTH SUTTER STREET, SUITE 302
STOCKTON, CALIFORNIA  95202-2911
TELEPHONE:  (209) 460-0190
FACSIMILE:   (209) 460-0220

JENNIFER L. McCREADY, ESQ., CSB #179262
DIEPENBROCK HARRISON
400 CAPITOL MALL, SUITE 1800
SACRAMENTO, CALIFORNIA  95814-4436
TELEPHONE:  (916) 492-5000
FACSIMILE:   (916) 446-4535

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULEBURG AUTO BODY GARAGE AND TOW, a sole proprietorship; CHARTER WAY TOW, INC., a California corporation; DEBCO AUTO WRECKING, INC. dba DEBCO TOWING, a California corporation; MID-VALLEY TOWING, a partnership; JERRY BRISCOE, an individual; and ANN JOHNSTON, an individual,<br><br>          Petitioners and Plaintiffs,<br><br>     vs.<br><br>CITY OF STOCKTON,<br><br>          Defendant and Respondent.<br>_____<br>WEST LANE TOW, a sole proprietorship; ALL FOREIGN AND DOMESTIC TOW, a sole proprietorship; COVEY AUTO EXPRESS, INC. dba PACIFIC TOWING, a California corporation; and PHOENIX, INC., a California corporation. | CASE NO. 2:05-CV-01504-FCD-JFM<br><br><br><br><br><br><br><br><br><br>ORDER MODIFYING PRETRIAL SCHEDULING ORDER OF JUNE 1, 2006 |

1

_____
ORDER MODIFYING PRETRIAL SCHEDULING ORDER OF JUNE 1, 2006

|  |  |
|---|---|
| Real Parties in Interest. ) ) _____) | ACTION FILED:  July 26, 2005 |

**GOOD CAUSE APPEARING**, based upon the stipulation of the parties that all the above matters before the court shall be continued so as to allow time for mediation and based upon Jury trial waiver by all parties, through their attorneys, **IT IS HEREBY ORDERED** that the trial is continued from July 10, 2007, to February 26, 2008, at 9:00 a.m., in Courtroom 2, for Court trial.

**IT IS FURTHER ORDERED** that the Joint Pretrial Statement is due on December 7, 2007, and the Final Pretrial Conference shall occur on December 14, 2007, at 2:00 p.m., in Courtroom 2.

DATED: April 27, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2

_____
ORDER MODIFYING PRETRIAL SCHEDULING ORDER OF JUNE 1, 2006